1  Timothy P. Dillon, Esq. (SBN 190839)
   Sunjina K. Ahuja, Esq. (SBN 226130)
2  Dillon & Gerardi, APC
3  4660 La Jolla Village Drive, Suite 775
   San Diego, CA 92122
4  Telephone: (858) 587-1800
   Facsimile: (858) 587-2587
5
6  Attorneys for Defendant, Harry H. Yim

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 SECURITIES AND EXCHANGE          ) Case No.: 07-CV-2065 IEG (AJx)
   COMMISSION,                      )
12                                  )
                                    ) STIPULATION TO EXTEND TIME
13            Plaintiff,            ) WITHIN WHICH TO ANSWER OR
                                    ) OTHERWISE RESPOND TO
14      v.                          ) PLAINTIFF'S FIRST AMENDED
                                    ) COMPLAINT FOR VIOLATIONS OF
15 HARRY H. YIM,                    ) THE FEDERAL SECURITIES LAWS
                                    )
16            Defendant.            )
                                    )
17 _____)

18      WHEREAS, on October 30, 2007, Plaintiff filed its Complaint in this Court;

19      WHEREAS, on November 1, 2007, Plaintiff filed its First Amended Complaint in this Court;

20      WHEREAS, on November 1, 2007, Defendant sent an executed Waiver of Service to Plaintiff,

21 such that an answer or other response to Plaintiff's First Amended Complaint is due on or before

22 December 31, 2007;

23      WHEREAS, Local Rule 8-3 provides that parties may stipulate to extend the time within which

24 to answer or otherwise respond to an initial complaint by not more than thirty (30) days without the

25 approval of the Court;

26      Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED TO by and between

27 Plaintiff and Defendant, through its and his respective attorneys of record, as follows:

28 ///

STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1  The date by which Defendant must answer or otherwise respond to Plaintiff's First Amended
2  Complaint shall be extended until January 31, 2008.
3  **IT IS SO STIPULATED.**
4
5  Dated: January 3, 2008                    DILLON & GERARDI, APC
6
7                                            _____
                                             Timothy P. Dillon, Esq.,
8                                            Attorneys for Defendant,
                                             Harry H. Yim
9
10
11 Dated: January 2, 2008                    SECURITIES AND EXCHANGE COMMISSION
12
13                                           *John B. Bulgozdy*
                                             John B. Bulgozdy
14                                           Attorneys for Plaintiff,
                                             Securities and Exchange Commission
15