Timothy P. Dillon, Esq. (SBN 190839)
Sunjina K. Ahuja, Esq. (SBN 226130)
Dillon & Gerardi, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587

Attorneys for Defendant, Harry H. Yim

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRY H. YIM,<br><br>　　　　Defendant. | Case No.: 07-CV-2065 IEG (AJx)<br><br>JOINT MOTION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

　　WHEREAS, on October 30, 2007, Plaintiff filed its Complaint in this Court;

　　WHEREAS, on November 1, 2007, Plaintiff filed its First Amended Complaint in this Court;

　　WHEREAS, on November 1, 2007, Defendant sent an executed Waiver of Service to Plaintiff, such that an answer or other response to Plaintiff's First Amended Complaint is due on or before December 31, 2007;

　　WHEREAS, Local Rule 8-3 provides that parties may stipulate to extend the time within which to answer or otherwise respond to an initial complaint by not more than thirty (30) days without the approval of the Court;

　　WHEREAS, on January 3, 2008 the Parties submitted a Joint Motion to Extend Time For filing a Responsive Pleading;

　　WHEREAS, on January 4, 2008, this Court issued an order granting the Parties Joint Motion to

1

JOINT MOTION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Extend Time for Filing a Responsive Pleading and extended Defendant's time to file a responsive pleading until January 31, 2008;

WHEREAS, the Parties are actively engaged in settlement negotiations and mutually desire an additional extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint;

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff and Defendant, through its and his respective attorneys of record, as follows:

The date by which Defendant must answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended until March 3, 2008.

**IT IS SO STIPULATED.**

Dated: January ___, 2008

DILLON & GERARDI, APC

_____
Timothy P. Dillon, Esq.,
Attorneys for Defendant,
Harry H. Yim

Dated: January 31, 2008

SECURITIES AND EXCHANGE COMMISSION

_____
John B. Bulgozdy
Attorneys for Plaintiff,
Securities and Exchange Commission

JOINT MOTION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS