# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>HARRY H. YIM<br><br>    Defendant. | CASE NO: 07 CV 2065 IEG(AJ)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING** |

## ORDER

Based on the Joint Motion of the parties, and good cause having been shown, IT IS SO ORDERED that the Joint Motion to Extend Time Within Which to Answer Or Otherwise Respond to Plaintiff's First Amended Complaint Time for Filing Responsive Pleading be granted, and that Defendants' deadline to file responsive pleading be extended from January 31, 2008 until March 3, 2008.

**DATED: February 1, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

1