JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
FINOLA H. MANVELIAN, Cal. Bar No. 180681
Email: manvelianf@sec.gov
LORRAINE B. ECHAVARRIA, Cal. Bar No. 191860
E-mail: echavarrial@sec.gov
WILLIAM G. BERRY, Cal. Bar No. 206348
E-mail: berryw@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Acting Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARRY H. YIM,<br><br>　　　　　Defendant. | Case No. 07-CV-2065 IEG (AJx)<br><br>JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

WHEREAS, on October 30, 2007, Plaintiff filed its Complaint in this Court, and on November 1, 2007, Plaintiff filed its First Amended Complaint in this Court;

WHEREAS, on November 1, 2007, Defendant sent an executed Waiver of Service to Plaintiff such that an answer or other response was due on or before December 31, 2007;

WHEREAS, on January 3, 2008, the Parties submitted a Joint Motion to Extend Time for Filing a Responsive Pleading, seeking additional time for

1  Defendant to file a responsive pleading until January 31, 2008, which this Court
2  granted on January 4, 2008;
3         WHEREAS, on January 31, 2008, the Parties filed a Joint Motion to
4  Extend Time for Filing a Responsive Pleading seeking additional time for
5  defendant to respond until March 3, 2008, on the basis of ongoing settlement
6  discussions, which this Court granted on February 9, 2008;
7         WHEREAS, Defendant has made an offer of settlement which the
8  Division of Enforcement will recommend be approved by the Commission;
9  however, obtaining such approval may take an additional 60 days;
10        Based on the foregoing, IT IS HEREBY STIPULATED AND
11 AGREED TO by and between Plaintiff and Defendant, through its and his
12 respective attorneys of record, as follows:
13        The date by which Defendant must answer or otherwise respond to
14 Plaintiff's First Amended Complaint shall be extended until May 2, 2008.
15        **IT IS SO STIPULATED.**

17 Dated: ~~April~~ March __, 2008            DILLON & GERARDI, APC

20                                            Timothy P. Dillon, Esq.
                                              Attorneys for Defendant,
21                                            Harry H. Yim

22 Dated: ~~April~~ March 18, 2008

23                                            SECURITIES AND EXCHANGE COMMISSION

25                                            John B. Bulgozdy
                                              Attorneys for Plaintiff
26                                            Securities and Exchange Commission

2