UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>HARRY H YIM,<br><br>           Defendant. | Case No. 07-CV-2065 IEG (AJx)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

## ORDER

Based on the Joint Motion of the parties, and good cause having been shown, IT IS SO ORDERED that the Joint Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint for Violations of the Federal Securities Laws be granted, and the Defendant's deadline to file a responsive pleading is extended from March 3, 2008 to May 2, 2008.

**DATED: March 23, 2008**

*/s/ Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
United States District Court