JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
FINOLA H. MANVELIAN, Cal. Bar No. 180681
Email: manvelianf@sec.gov
LORRAINE B. ECHAVARRIA, Cal. Bar No. 191860
E-mail: echavarrial@sec.gov
WILLIAM G. BERRY, Cal. Bar No. 206348
E-mail: berryw@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Acting Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br>vs.<br><br>HARRY H. YIM,<br><br>  Defendant. | Case No. 07-CV-2065 IEG (AJBx)<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE FINAL JUDGMENT**<br><br>[CivLR 7(b): No Hearing Date Required Per Instructions From Judge's Chambers] |

1    Pursuant to CivLR 7.1, Plaintiff Securities and Exchange Commission
2  ("Commission") respectfully moves for the Court to approve the final judgment
3  that defendant Harry H. Yim has consented to have entered in this case.  A copy of
4  final judgment, entitled Final Judgment as to Defendant Harry H. Yim, is being
5  submitted electronically to the Court.
6    Good cause exists to grant the Commission's motion.  Defendant Harry H.
7  Yim has signed a "Consent of Defendant Harry H. Yim" ("Consent") attached as
8  Exhibit 1 to the supporting memorandum of points and authority filed herewith.  In
9  the Consent, defendant Yim consents to entry of a Final Judgment in the form of
10 the judgment attached to the Consent and incorporated therein by reference.  The
11 final judgment submitted electronically by the Commission is in the form attached
12 to the Consent.
13   Entry of the final judgment will resolve this action.
14   The Commission therefore respectfully requests that the Court grant its
15 motion and enter a final judgment in the form attached to the Consent.

                                  Respectfully submitted,


Dated:  April 17, 2008            s/ John B. Bulgozdy
                                  Attorney for Plaintiff
                                  Securities and Exchange Commission

## **CERTIFICATE OF SERVICE**

     Pursuant to CivLR 5.2, I hereby certify that I am a member of the bar of this Court and that, on April 17, 2008, I served by email the foregoing Notice of Motion and Motion to Approve Final Judgment, upon the following individuals at the email addresses below:

          Timoth P. Dillon, Esq.
          Dillon & Gerardi
          4660 La Jolla Village Drive
          San Diego, CA 92122
          TDillon@dillongerardi.com

          *Counsel to Defendant Harry H. Yim*

Dated: April 17, 2008

          /s/ John B. Bulgozdy
          Attorney for Plaintiff
          Securities and Exchange Commission